# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Charles J. Taunt, Trustee

      Plaintiff,

v.

Bernard Glieberman, et al.,

      Defendants.

Case No. 14-cv-14488

Hon. Paul D. Borman

---

## MOTION TO WITHDRAW JOHN F. RHOADES AS COUNSEL AND REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

---

John F. Rhoades, of the law firm of Dykema Gossett PLLC, respectfully requests this Court to withdraw his appearance as counsel on behalf of Plaintiff Charles J. Taunt in the above-captioned case.  Plaintiff is and will continue to be represented by plaintiff's counsel of record.

John F. Rhoades also respectfully requests to be removed from receiving electronic notices on behalf of plaintiff at the following email address: jrhoades@dykema.com.

Respectfully submitted,

DYKEMA GOSSETT PLLC

Dated:  November 30, 2018    By:/s/ John F. Rhoades

John F. Rhoades (P75575)
400 Renaissance Center
Detroit, MI  48243
Tel. (313) 568-6800
Fax (313) 568-6658
jrhoades@dykema.com

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN  48243

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2018, I caused the foregoing to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

*/s/ John F. Rhoades*
John F. Rhoades (P75575)
400 Renaissance Center
Detroit, MI  48243
Tel. (313) 568-6800
Fax (313) 568-6658
jrhoades@dykema.com

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN  48243