# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Charles J. Taunt, Trustee,

      Plaintiff,

v.

Bernard Glieberman, Sandra Glieberman,
Lonie Glieberman, Lindsey Bobay-Glieberman,
Jeffrey Katzen, Tracey Katzen,
Black Bear, Inc., Lontray Enterprises, LLC,
Digim, Inc. F/K/A Digital Image, Inc.,
and Digital Image, LLC,

      Defendants.

_____/

Case No.: 2:14-cv-14488
Consolidated with 2:13-cv-50297
Judge Paul D. Borman
Magistrate Judge R. Steven Whalen

## STIPULATED ORDER DISMISSING CASE

Plaintiff Chapter 7 Trustee, Charles J. Taunt, along with Defendants, Lonie Glieberman, and Lindsey Bobay-Glieberman, Black Bear, Inc., Bernard Glieberman, Sandra Glieberman, Lontray Enterprises, LLC, Digital Image, LLC, Jeffrey Katzen and Tracey Katzen, through their respective undersigned counsel, having stipulated to the entry of this Order Dismissing Case No. 14-14488 (consolidated with Case No. 13-50297) with prejudice and without costs pursuant to the terms of their settlement, the Court finding just cause to enter the requested relief, and the Court being otherwise duly advised in the premises; now therefore:

1

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs assessed to any party.

s/Paul D. Borman
Paul D. Borman
Dated:  December 11, 2018    United States District Judge

**STIPULATED TO BY:**

**THE TAUNT LAW FIRM**

By:/s/Erika D. Hart
Erika D. Hart (P67457)
Attorney for Plaintiff
700 E. Maple Road, Second Floor
Birmingham, MI  48009
248-644-7800
ehart@tauntlaw.com

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

By: /s/ Sheri B. Cataldo
Sheri B. Cataldo (P39276)
Attorney for Defendants
Lonie Glieberman, Lindsey Bobay-Glieberman, and Black Bear, Inc.
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075-1000
scataldo@swappc.com
(248) 746-0700

**JACOB & WEINGARTEN, PC**

By: /s/ Debra Beth Pevos
Debra Beth Pevos (P36196)
Attorneys for Bernard Glieberman and Sandra Glieberman
25800 Northwestern Hwy, Ste 500
Southfield, Michigan 48075
 (248) 649-1900
debra@jacobweingarten.com

**JAFFE RAITT HEUER & WEISS PC**

By:/s/ R. Christopher Cataldo
R. Christopher Cataldo (P39353)
Attorney for Lontray Enterprises, LLC and Digital Image, LLC
27777 Franklin Road, Ste. 2500
Southfield, MI  48034
(248) 351-3000
ccataldo@jaffelaw.com

**MADDIN HAUSER ROTH & HELLER, PC**

By: /s/ David E. Hart
David E. Hart (P45084)
Attorneys for Defendants
Tracey Katzen and Jeffrey Katzen
Southfield, MI 48034
(248) 354-4030
dhart@maddinhauser.com